1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney
4

5 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
6 | FAX: (408) 535-5081
claire.cormier@usdoj.gov
7

Attorneys for Federal Defendant
8 | Military Star

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

13 | MICHEL AYRES,                              ) CASE NO. 5:17-cv-05417-LHK
                                               )
       Plaintiff,                              ) STIPULATION AND [PROPOSED] ORDER
14                                             ) CONTINUING CASE MANAGEMENT
     v.                                        ) CONFERENCE
15                                             )
   EQUIFAX, INC.; TRANSUNION, LLC;             )
16 | MILITARY STAR; ABILITY RECOVERY           )
   SERVICES; and DOES 1 THROUGH 100            )
17 | INCLUSIVE,                                )

18     Defendants.

19   The United States Attorney's Office has advised that it was served with the Summons and

20 Complaint in this action on November 1, 2017. Accordingly, defendant Military Star's response to the

21 Complaint is not due until January 2, 2018. The case is currently scheduled for a case management

22 conference on December 20, 2017. In order to allow Military's Star to respond to the Complaint prior to

23 a case management conference, the parties HEREBY STIPULATE AND REQUEST that the case

24 management conference be continued to January 17, 2018, or a later date selected by the Court, and that

25 the related case management dates be continued accordingly.

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. 5:17-CV-05417 LHK

IT IS SO STIPULATED.

Respectfully submitted,

SAGARIA LAW, P.C.

Dated: November 30, 2017   By: /s/
ELLIOT GALE
Attorneys for Plaintiff
Michel Ayres

SCHUCKIT & ASSOCIATES, P.C.

Dated: November 30, 2017   By: /s/
CHRISTOPHER A. FERGUSON
Attorneys for Defendant
Trans Union, LLC

NOKES & QUINN APC

Dated: November 30, 2017   By: /s/
THOMAS P. QUINN, JR.
Attorneys for Defendant
Equifax, Inc.

BRIAN J. STRETCH
United States Attorney

Dated: November 30, 2017   By: /s/
CLAIRE T. CORMIER[1]
Assistant United States Attorney
Attorneys for Defendant Military Star

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference for this case is continued to January 17, 2018 and related case management dates are continued accordingly.

Dated: _____, 2017

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. 5:17-CV-05417 LHK