Christopher A. Ferguson , Esq.  (IN #27833-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MICHEL AYRES,<br>          Plaintiff,<br><br>     vs.<br><br>EQUIFAX, INC.; TRANSUNION, LLC; MILITARY STAR; ABILITY RECOVERY SERVICES; and DOES 1 THROUGH 100 INCLUSIVE;<br>          Defendants. | CASE NO. 5:17-cv-05417-LHK<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC, ONLY** |

Plaintiff, Michel Ayres, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.   Accordingly, Trans Union does not intend to participate in the Pretrial Conference, currently scheduled for January 31, 2018, unless directed to do so by the Court.  Plaintiff and Trans Union will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC, ONLY – 5:17-cv-05417-LHK**

Respectfully submitted,

Date: January 8, 2018

*s/ Elliot W. Gale* (*with consent*)
Elliot W. Gale, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110

*Counsel for Plaintiff, Michel Ayres*

Date: January 8, 2018

*s/ Christopher A. Ferguson*
Christopher A. Ferguson, Esq.  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant, Trans Union, LLC*

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC, ONLY –  5:17-cv-05417-LHK**