UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL AYRES,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>        Defendants. | Case No. 17-CV-05417-LHK<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT MILITARY STAR AND DENYING AS MOOT DEFENDANT MILITARY STAR'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 31, 33 |

The parties' "Stipulation to Dismiss Defendant Military Star" (ECF No. 33) is GRANTED. Defendant Military Star is hereby dismissed with prejudice. As a result, Defendant Military Star's motion to dismiss (ECF No. 31) is DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 17, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-05417-LHK
ORDER GRANTING STIPULATION TO DISMISS DEFENDANT MILITARY STAR AND DENYING AS MOOT DEFENDANT MILITARY STAR'S MOTION TO DISMISS