Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Michel Ayres

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL AYRES,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX, INC., ET AL.,<br><br>    Defendants. | Case No.: 5:17-cv-05417-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TRANSUNION, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Michel Ayres and defendant TransUnion, LLC that TransUnion, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT TRANSUNION, LLC; [PROPOSED] ORDER -1-

DATED: January 25, 2018 **Sagaria Law, P.C.**

By: /s/ Elliot Gale
Elliot Gale
Attorney for Plaintiff Michel Ayres

DATED: January 25, 2018 **Schuckit Associates, PC**

By: /s/ Christopher A. Ferguson
Christopher A. Ferguson
Attorney for Defendant TransUnion, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Christopher A. Ferguson has concurred in this filing.

/s/ Elliot Gale

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, TransUnion, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 25, 2018

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE