UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____
www.cand.uscourts.gov

Susan Y. Soong                                                                                   General Court Number
Clerk of Court                                                                                        408-535-5363

January 29, 2018

RE:17-cv-05417-LHK  Ayres v. Equifax, Inc.

Default is entered as to ABILITY RECOV ERY SERVICES on January 29, 2018.

Susan Y. Soong, Clerk

_____
by:  Patty Cromwell
Case Systems Administrator